# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4168
_____

TYEHIMBA FORT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

September 14, 2018


PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tyehimba Fort, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.